**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

|  |  |  |
|---|---|---|
| **EDWARD F. BALS**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. Action No.: 14-6055 (FLW)(DEA) |
| v. | : | |
| | : | **ORDER** |
| **TRUMP NATIONAL GOLF CLUB COLTS NECK LLC, JOE DOES 1-10 AND ABC CORP 1-10** | : | |
| | : | |
| | : | |
| Defendants. | : | |

_____

**THIS MATTER** having been opened to the Court by John M. Nolan, Esq., counsel for defendant Trump National Golf Club Colts Neck, LLC ("Defendant"), on a Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56(c); it appears that plaintiff Edward F. Bals ("Plaintiff") opposes Defendant's Motion; the Court having reviewed the parties submissions in connection with the pending Motion, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date, and for good cause shown,

　　　　**IT IS** on this 16th day of December, 2016,

　　　　**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.



                                                            /s/ Freda L. Wolfson
                                                            The Honorable Freda L. Wolfson
                                                            United States District Judge